UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD W. CANTER,
Individually, and as
Administrator of the Estate of
Jennifer Jill Canter,
deceased, and JOYCE M. CANTER

    Plaintiffs

v.

RAY ANTHONY WARE, ALDONA
URBANTAS and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

    Defendants

CIVIL ACTION

NO. 1:02-CV-540-ODE

*FILED IN CLERK'S OFFICE*
*U.S.D.C.-Atlanta*
*OCT 30 2003*
*LUTHER D. THOMAS, CLERK*
*By: [signature] Deputy Clerk*

### ORDER

The Court having been advised by counsel for the parties that the above entitled action has been settled, this action be DISMISSED with prejudice.

SO ORDERED, this __30__ day of October, 2003.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)